UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANE E. WAGSTER,

        Plaintiff,

                                    Case No. 17-CV-12900
vs.                                   HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION [ECF NO. 17]

Plaintiff Shane Wagster filed an application for disability insurance benefits (DIB) and Social Security Supplemental Insurance benefits (SSI) on June 12, 2014. Plaintiff alleges disability beginning May 18, 2014 when he was involved in a motorcycle accident. He has past work experience as a mechanic and a siding installer. His date of last insured is June 30, 2017. The ALJ found that plaintiff was not disabled and denied his claims. In June 2017, the Appeals Council denied review, making the ALJ's decision the final decision of the Commissioner. Plaintiff timely filed for judicial review.

Both parties filed motions for summary judgment which were referred to the Magistrate Judge for report and recommendation. On June 7, 2018,

the Magistrate Judge issued a report and recommendation recommending that plaintiff's motion for summary judgment be denied and defendant's motion for summary judgment be granted. Objections to the report have not been filed by defendant within the established time period. The court has reviewed the file, record and magistrate judge's report and recommendation.

The court agrees with the analysis conducted by the magistrate judge, and therefore accepts her recommendation. Now, therefore,

IT IS HEREBY ORDERED that plaintiff's motion for summary judgment is DENIED.

IT IS HEREBY FURTHER ORDERED that defendant's motion for summary judgment is GRANTED.

IT IS HEREBY FURTHER ORDERED that judgment enter for defendant.

Dated: June 28, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 28, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk